UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/10
```

EUN-JA SON, *on behalf of himself and all others similarly situated*; and SANG-IK HAN, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

-v-

LG. DISPLAY CO., LTD., *formerly known as* LG PHILLIPS LCD CO., LTD., *et al.*,

                Defendants.

No. 10 Civ. 4380 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      This purported class action was initiated on June 2, 2010. On June 29, 2010, before an answer had been filed, Plaintiffs submitted a notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), "the plaintiff may dismiss an action without court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Because the conditions of Rule 41(a)(1)(A)(i) have been satisfied and because the exceptions set forth in the Rule do not apply,[1] the clerk of the court is respectfully directed to close this case.

SO ORDERED.

DATED:    June 30, 2010
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

---

[1] Voluntary dismissal under Rule 41(a)(1)(A) is "[s]ubject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute." Although this is a purported class action, Rule 23(e) is not implicated because no class has been certified.